Case 2:98-cr-00221-LDG-NA   Document 101   Filed 11/07/16   Page 1 of 2


___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
              COUNSEL/PARTIES OF RECORD

NOV - 7 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>vs.  <br>JOAN BULGARINO  <br>  Defendant. | 2:98-CR-221-LDG |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#63) on June 14, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

  Name of Payee: EXCALIBUR HOTEL AND CASINO
  Amount of Restitution: $200,526.00

  Name of Payee: SAHARA HOTEL AND CASINO
  Amount of Restitution: $73,000.00

  Name of Payee: RIO SUITE HOTEL AND CASINO
  Amount of Restitution: $60,000.00

  Name of Payee: INTERNATIONAL GAMING TECHNOLOGY INC
  Amount of Restitution: $275,730.35

  Name of Payee: LUXOR HOTEL AND CASINO
  Amount of Restitution: $242,200.00

Name of Payee: CIRCUS CIRCUS HOTEL AND CASINO
Amount of Restitution: $40,000.00

**Total Amount of Restitution ordered:  $891,456.35\***

(*amount is Joint and Several with co-defendants Eugene Bulgarino,
 Ronnie Gale McElveen and Dennis Sean McAndrew in 2:98cr221)


Dated this ___3rd___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE